# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130189

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellant,

v

FARMLAND MUTUAL INSURANCE COMPANY
and GREAT WEST CASUALTY COMPANY,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130189
COA: 261717
Ingham CC: 04-000113-ND

On order of the Court, the application for leave to appeal the September 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

p0424